## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KENNETH WILDBERGER,**

    **Petitioner,**

v.                                        **Case No.: 3:11cv392/MCR/CJK**

**MICHAEL D. CREWS,**

    **Respondents.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 7, 2013. (Doc. 18). The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 4) challenging the disciplinary conviction dated June 21, 2011 (disciplinary report log number 119-111335) is DENIED and the clerk is directed to close the file.

3. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 12th day of April, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**